IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALL CRYPTOCURRENCY, VIRTUAL CURRENCY, FUNDS, MONIES, AND OTHER THINGS OF VALUE STORED IN OR ACCESSIBLE AT BINANCE ASSOCIATED WITH USER ID # 39344718,<br><br>Defendant. | 8:23CV75<br><br>**SHOW CAUSE ORDER** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on March 1, 2023. (Filing No. 1). Plaintiff attempted to serve Tobenna Newton Okolo in Lagos, Nigeria, but this attempt was undeliverable. (Filing No. 8). Additionally, Plaintiff served attorney Eric Nwaubani, Law Group International Chartered, on behalf of Tobenna Newton Okolo. (Filing No. 7). Plaintiff filed a declaration of publication on May 4, 2023. (Filing No. 9). No answers or claims have been filed.

Plaintiff has a duty to prosecute the case and may, for example, seek a Court's Entry of Default and/or Default Judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until July 28, 2023 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 6th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge